# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOWELL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>F. MONTOYA, et al.,<br><br>　　　　Defendants. | 1:17-cv-00605-LJO-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 18.)**<br><br>**ORDER FOR THIS CASE TO PROCEED WITH PLAINTIFF'S COGNIZABLE CLAIMS AGAINST DEFENDANTS MONTOYA, CARTER, KILLMER, AND LOPEZ, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS FOR FAILURE TO STATE A CLAIM**<br>**(ECF No. 16.)** |

James Bowell ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 3, 2018, the court entered findings and recommendations, recommending that this action proceed against defendants Montoya and Carter for violation of due process under the Fourteenth Amendment, and against defendants Killmer and Lopez for conspiracy to place Plaintiff at risk of serious harm, and for failure to protect Plaintiff under the Eighth Amendment; and that all other claims and defendants be dismissed from this action based on Plaintiff's failure to state a claim. (ECF No. 18.) On October 15, 2018, Plaintiff filed objections to the findings and recommendations. (ECF No. 19.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file,

including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. This case now proceeds against defendants Montoya and Carter for violation of due process under the Fourteenth Amendment, and against defendants Killmer and Lopez conspiracy to place Plaintiff at risk of serious harm, and for failure to protect Plaintiff under the Eighth Amendment;

2. All other claims and defendants are dismissed from this action, based on Plaintiff's failure to state a claim;

3. Plaintiff's claims under criminal law statutes, for making false reports, for retaliation, and for violation of equal protection are dismissed from this action, based on Plaintiff's failure to state a claim;

4. Defendants Doser and Hart are dismissed from this action, based on Plaintiff's failure to state any claims against them;

5. The Clerk is directed to reflect the dismissal of defendants Doser and Hart on the court's docket; and

6. This case is referred back to the Magistrate Judge, for further proceedings including initiation of service of process.

IT IS SO ORDERED.

Dated: __October 25, 2018__         _____/s/ Lawrence J. O'Neill_____
                                     UNITED STATES CHIEF DISTRICT JUDGE