# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES BOWELL,

      Plaintiff,

  vs.

F. MONTOYA, et al.,

      Defendants.

1:17-cv-00605-LJO-GSA-PC

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (ECF No. 39.)**

**ORDER GRANTING DEFENDANTS' MOTION TO REVOKE PLAINTIFF'S IN FORMA PAUPERIS STATUS (ECF NO. 24.)**

**ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS AND REQUIRING PLAINTIFF TO PAY $398.00 BALANCE OF FILING FEE IN FULL WITHIN THIRTY DAYS**

**ORDER VACATING ORDER GRANTING PLAINTIFF LEAVE TO PROCEED IN FORMA PAUPERIS AND DIRECTING PAYMENT OF FILING FEE BY THE CDCR (ECF No. 9.)**

**THIRTY-DAY DEADLINE FOR PLAINTIFF TO PAY $398.00 BALANCE OF FILING FEE IN FULL**

**ORDER FOR CLERK TO SERVE THIS ORDER ON COURT'S FINANCIAL DEPARTMENT AND DIRECTOR OF CDCR**

James Bowell ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 12, 2019, findings and recommendations were entered, recommending that Plaintiff's *in forma pauperis* status be revoked under 28 U.S.C. § 1915(g) and Plaintiff be required to pay the filing fee in full for this action.[1]  (ECF No. 39.)  On April 19, 2019, Plaintiff filed objections to the findings and recommendations.  (ECF No. 40.)  On April 29, 2019, Defendants filed a reply to Plaintiff's objections.  (ECF No. 41.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections and Defendants' reply, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations entered on April 12, 2019, are ADOPTED IN FULL;

2.     Plaintiff's *in forma pauperis* status is REVOKED under 28 U.S.C. § 1915(g);

3.     The court's order issued on May 16, 2017, granting Plaintiff's application to proceed *in forma pauperis* and directing payment of the filing fee by the CDCR, is VACATED;

4.     Within thirty days of the date of service of this order, Plaintiff is required to pay the $398.00 balance of the filing fee in full for this action;

5.     Plaintiff's failure to comply with this order shall result in the dismissal of this action; and

6.     The Clerk of Court is directed to serve a copy of this order on:

(1)     the Financial Department, U.S. District Court, Eastern District of California; and

///

---

[1] To date, the court has received one payment of $2.00 for Plaintiff's filing fee in this case.  (Court Financial Records.)  The filing fee for this action is $350.00 plus a $50.00 administrative fee.  28 U.S.C. § 1914.  The $50.00 administrative fee does not apply to persons granted *in forma pauperis* status.  Id.  Because Plaintiff's *in forma pauperis* status has been revoked, Plaintiff now owes a balance of $398.00 for the filing fee.

(2)   the Director of the California Department of Corrections and Rehabilitation.

IT IS SO ORDERED.

Dated: __**May 1, 2019**__                    _____**/s/ Lawrence J. O'Neill**_____
                                                    UNITED STATES CHIEF DISTRICT JUDGE