UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOWELL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>F. MONTOYA, et al.,<br><br>　　　　Defendants. | 1:17-cv-00605-LJO-GSA-PC<br><br>**ORDER ADDRESSING PLAINTIFF'S INQUIRY**<br>**(ECF No. 52.)** |

　　　　James Bowell ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's First Amended Complaint, filed on May 3, 2018, against defendants Montoya and Carter for violation of due process under the Fourteenth Amendment, and against defendants Killmer and Lopez for conspiracy to place Plaintiff at risk of serious harm and for failure to protect Plaintiff under the Eighth Amendment. (ECF No. 16.)[1]

　　　　On April 12, 2019, findings and recommendations were entered recommending, in part, that Defendants be granted 21 days in which to file a pleading responsive to the complaint. (ECF No. 50.) On October 15, 2019, Plaintiff filed an inquiry in which he informed the court that he

---

[1] On October 25, 2018, the court issued an order dismissing all other claims and defendants from this case, for Plaintiff's failure to state a claim. (ECF No. 20.)

1

had not received a responsive pleading from Defendants within the 21-day time period. (ECF No. 51.)

Plaintiff is informed that the Magistrate Judge's recommendation that Defendants be granted 21 days in which to file a responsive pleading was a *recommendation* to the District Judge and was not *ordered* until the District Judge adopted the findings and recommendations on October 18, 2019. (See Order Adopting Findings and Recommendations issued on October 18, 2019, ECF No. 52.) Therefore, the 21-day time period began on October 18, 2019, and has not yet expired.

IT IS SO ORDERED.

Dated: **October 21, 2019**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE