UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOWELL,<br><br>              Plaintiff,<br><br>       vs.<br><br>F. MONTOYA, et al.,<br><br>              Defendants. | 1:17-cv-00605-NONE-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR COURT ASSISTANCE TO FACILITATE DEPOSITION, WITHOUT PREJUDICE**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF COPIES OF RULES 28, 29, AND 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

      James Bowell ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds with Plaintiff's First Amended Complaint, filed on May 3, 2018, against defendants Montoya and Carter for violation of due process under the Fourteenth Amendment, and against defendants Killmer and Lopez for conspiracy to place Plaintiff at risk of serious harm and failure to protect Plaintiff under the Eighth Amendment.  (ECF No. 16.)[1]  This case is now in the discovery phase.

      On June 17, 2020, Plaintiff requested court assistance in facilitating a deposition hearing. If Plaintiff wishes to depose any person, including a party, he must comply with Rule 30 of the

---

[1] On October 25, 2018, the court issued an order dismissing all other claims and defendants from this case, for Plaintiff's failure to state a claim.  (ECF No. 20.)

Federal Rules of Civil Procedure. The Court will direct the Clerk's Office to send Plaintiff copies of Rules 28, 29, and 30 of the Federal Rules of Civil Procedure. If, after reviewing the rules, Plaintiff believes he is able to depose a person in compliance with the rules, Plaintiff shall notify the Court and make a showing that he is able and willing to retain an officer to take responses and prepare the record. Fed. R. Civ. P. 30(b). At that juncture, the Court will consider Plaintiff's request to seek a deposition and will determine what course of action is needed to facilitate the deposition.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for court assistance to facilitate a deposition is DENIED, without prejudice; and

2. The Clerk's Office shall SEND Plaintiff copies of Rules 28, 29, and 30 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   **July 10, 2020**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE