# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOWELL,<br><br>        Plaintiff,<br><br>   vs.<br><br>F. MONTOYA, et al.,<br><br>        Defendants. | 1:17-cv-00605-NONE-GSA-PC<br><br>**ORDER STRIKING PLAINTIFF'S SETTLEMENT DOCUMENT RECEIVED ON AUGUST 12, 2020** |

     On August 12, 2020, Plaintiff submitted a document titled "Settlement," in which he refers to ongoing settlement negotiations with Defendants. Plaintiff indicates that the document was served on defense counsel for this case. As a rule the parties' settlement negotiations are considered confidential. Therefore, the court shall strike the "Settlement" document from the court's record.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's "Settlement" document, submitted to the court on August 12, 2020, is STRICKEN from the court's record.

IT IS SO ORDERED.

   Dated:   **August 13, 2020**              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE