UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOWELL,<br><br>        Plaintiff,<br><br>    vs.<br><br>F. MONTOYA, et al.,<br><br>        Defendants. | No. 1:17-cv-00605-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 81, 88.) |

      Plaintiff James Bowell is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On January 19, 2021, findings and recommendations were entered, recommending that plaintiff's motion for summary judgment be denied.  (Doc. No. 88.)  The parties were granted fourteen days in which to file objections to the findings and recommendations.  (*Id.*)  The fourteen-day time period has passed, and no objections have been filed.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly,

1. The findings and recommendations issued by the magistrate judge on January 19, 2021, are adopted in full;
2. Plaintiff's motion for summary judgment, filed on August 24, 2020, is denied; and
3. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **March 8, 2021**

_____
UNITED STATES DISTRICT JUDGE